# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY B. SCHUMACHER,       : | |
|    Plaintiff,             : | |
|                                    : | |
| v.                          : | CIVIL ACTION NO.: 12-CV-00283 |
|                                    : | |
| BUREAU OF COLLECTION         : | |
| RECOVERY, LLC, and           : | |
| DOES 1 – 10,                 : | |
|    Defendants.            : | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW, Timothy B. Schumacher as plaintiff, through counsel, and files this Plaintiff's Notice of Settlement and requests that this Honorable Court delay any rulings on pending motions until at least April 20, 2012 to allow counsel the time to continue settlement discussions, and in the interests of judicial economy.

| | |
|---|---|
| Dated: April 9, 2012 | Respectfully Submitted, |
| | VAN WIEREN LAW FIRM, LLC |
| | |
| | s/Angel M. Van Wieren, Esq. |
| | Angel M. Van Wieren |
| | Georgia Bar No.: 123009 |
| | Attorney for Mr. Schumacher |
| Telephone: (404) 963-7408 | Van Wieren Law Firm, LLC |
| Fax: (404) 920-8183 | 675 Seminole Ave., NE, #102 |
| Email: angel@vanwierenlaw.com | Atlanta, GA 30307 |

1

## CERTIFICATE OF SERVICE

I certify that on the date below, I served the following party with the attached pleading pursuant to Local Rule 5.1(A)(3).

>John H. Bedard, Jr., Esq.
>jbedard@bedardlawgroup.com
>bedardlawgroup@gmail.com
>jaust@bedardlawgroup.com
>mchapman@bedardlawgroup.com
>sparr@bedardlawgroup.com
>
>Jonathan K. Aust, Esq.
>jaust@bedardlawgroup.com

Dated: April 9, 2012

Respectfully Submitted,
VAN WIEREN LAW FIRM, LLC

s/Angel M. Van Wieren, Esq.
Angel M. Van Wieren
Georgia Bar No.: 123009
Attorney for Mr. Schumacher
Van Wieren Law Firm, LLC
675 Seminole Ave., NE, #102
Atlanta, GA 30307
Telephone: (404) 963-7408
Fax: (404) 920-8183
Email: angel@vanwierenlaw.com