# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY B. SCHUMACHER,<br>    Plaintiff, | :<br>:<br>: |
| v. | : CIVIL ACTION NO.: 12-CV-00283 |
| BUREAU OF COLLECTION<br>RECOVERY, LLC, and<br>DOES 1 – 10,<br>    Defendants. | :<br>:<br>:<br>:<br>: |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

COMES NOW, Timothy B. Schumacher as plaintiff, through counsel, and files this Plaintiff's Notice of Voluntary Dismissal with Prejudice and requests that the Clerk enter a dismissal order, pursuant to Local Rule 41.1 and Fed. R. Civ. P. 41(a)(1).

| | |
|---|---|
| Dated: April 18, 2012 | Respectfully Submitted,<br>VAN WIEREN LAW FIRM, LLC |
| | s/Angel M. Van Wieren, Esq.<br>Angel M. Van Wieren<br>Georgia Bar No.: 123009<br>Attorney for Mr. Schumacher |
| Telephone: (404) 963-7408<br>Fax: (404) 920-8183<br>Email: angel@vanwierenlaw.com | Van Wieren Law Firm, LLC<br>675 Seminole Ave., NE, #102<br>Atlanta, GA 30307 |

## CERTIFICATE OF SERVICE

I certify that on the date below, I served the following party with the attached pleading pursuant to Local Rule 5.1(A)(3).

    John H. Bedard, Jr., Esq.
    jbedard@bedardlawgroup.com
    bedardlawgroup@gmail.com
    jaust@bedardlawgroup.com
    mchapman@bedardlawgroup.com
    sparr@bedardlawgroup.com

    Jonathan K. Aust, Esq.
    jaust@bedardlawgroup.com

Dated: April 18, 2012　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　VAN WIEREN LAW FIRM, LLC

　　　　　　　　　　　　　　　　　　　s/Angel M. Van Wieren, Esq.
　　　　　　　　　　　　　　　　　　　Angel M. Van Wieren
　　　　　　　　　　　　　　　　　　　Georgia Bar No.: 123009
　　　　　　　　　　　　　　　　　　　Attorney for Mr. Schumacher
　　　　　　　　　　　　　　　　　　　Van Wieren Law Firm, LLC
　　　　　　　　　　　　　　　　　　　675 Seminole Ave., NE, #102
　　　　　　　　　　　　　　　　　　　Atlanta, GA 30307
　　　　　　　　　　　　　　　　　　　Telephone: (404) 963-7408
　　　　　　　　　　　　　　　　　　　Fax: (404) 920-8183
　　　　　　　　　　　　　　　　　　　Email: angel@vanwierenlaw.com